Dale Marsano 077891
Arizona State Prison Florence HU-10
P.O. Box 8200
Florence, Arizona 85132

Original

3:15-0249

In The United States District Court
For The Middle District of Tennessee

RECEIVED
IN CLERK'S OFFICE
MAR 16 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

Dale Marsano,
 Plaintiff,
V.
Corizon Health Inc., National Commission on Correctional Health Care, InterQual, Medical Dir. D.O. Chris Johnson, Doctor Z. Vukcevic, Arizona State of, Director Charles Ryan, Warden Greg Fizer., Defendants

Jury Trial Demanded x12
42 U.S.C. §§ 1997(e), 1985 Under The Civil Rights Act of 1871 As Pvt Parties, Under The Color of State & Fed Law Under The 8th, 11th & 14th Amendments of U.S. Const., RICO Act Violations & Medical Malpractice

The Plaintiff Has Eye Issues That Meet & Exceed Imminent Danger, Corizon is in Tenn, All Defendants are Interfering w/our Welcome to This Action.
See, Estelle V. Gamble, 429 U.S. at 104-05, For The Pure Torture, Wal-Mart V. Dukes, 131 S.Ct. 2544 (2011) as well as RICO Act Violations, Parsons V. Ryan - 120601 U.S.D.C. Phx - DKD.
Relief Requested (1) Medical Procedures on both Eyes, to correct Abnormal Vision Re-moon Cataracts Etc, (2) Under The Civil Rights Act of 1871 As Pvt Parties From each Defendant One Trillion Dollars U.S. No doter, From each Defendant Under The Color of State and Fed Law (10) Ten Trillion Dollars U.S. *This as well is not a doter* (3) D. To The End I've been Held in Infirmary going on 5 mos w/out paperwork, Request to Proceed w/w/ Paperwork as Needed Legal File Access to Law Library, Copies etc In Violation of Lewis V. Casey.

Submitted This 10th Day March of 2015
By Dale Marsano
C.C. Above Given Above Sent Reg. For All USA CH's.
1 of 1

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate _Dale Morrow_
ADC # _072577_
Arizona State Prison Complex _Florence_
Unit _CU-10_
City _Florence_ AZ _85132_

Clerk of the U.S. Dist Ct
801 Broadway
Rm 800
Nashville, Tenn 37203

RECEIVED
IN CLERK'S OFFICE
MAR 16 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES POSTAGE
$ 00.48⁰
MAR 12 2015
02 1M
0004226689
MAILED FROM ZIP CODE 85132

3720333863